UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN MATTHEW NOONAN,

        Petitioner,         Case No. 1:14-cv-830

v.         Honorable Paul L. Maloney

BONITA HOFFNER,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.

Dated:   October 31, 2014         /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                               Chief United States District Judge