UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF MICHIGAN
                              SOUTHERN DIVISION

BRYAN MATTHEW NOONAN,          )
      PETITIONER,              )
                               )    NO. 1:14-CV-830
-V-                            )
                               )    HONORABLE PAUL L. MALONEY
BONITA HOFFNER.,               )
      RESPONDENT.              )
                               )

                                **JUDGMENT**

In accordance with the Opinion and Order entered on this date (ECF No. 35), and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

    **IT IS SO ORDERED**.

**Date:** November 13, 2017        /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge